UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK JAMES SEAYS,

    Defendant.
_____/

Case No. 2:14-mj-29

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 15, 2014, for arraignment on an information alleging a charge of Simple Assault.  The government moved for detention of the defendant; defense counsel requested time to prepare for a detention hearing.  Accordingly, a detention hearing shall be held on September 19, 2014, at 1:30 p.m.  IT IS HEREBY ORDERED that the defendant will be detained pending that hearing.

    IT IS SO ORDERED.

Date:  September 16, 2014

     /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge